

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-15-00155-CV

Paul **HARLAN**,
Appellant

v.

Justin **BRAZEAL**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-11941
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellee's brief was due to be filed in this accelerated appeal on or before May 28, 2015. Neither the brief nor a motion for extension of time has been filed.

For this reason, appellee is ORDERED to file his brief on or before June 15, 2015. If the brief is not filed by this date, the case may be submitted without appellee's brief.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court